IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ALEX MIKULSKI, derivatively on behalf of ALEXION PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEONARD BELL, DAVID L. HALLAL, DAVID R. BRENNAN, LUDWIG N. HANTSON, VIKAS SINHA, DAVID J. ANDERSON, CARSTEN THIEL, ALVIN S. PARVEN, ANDREAS RUMMELT, ANN M. VENEMAN, M. MICHELE BURNS, CHRISTOPHER J. COUGHLIN, JOHN T. MOLLEN, FELIX J. BAKER, R. DOUGLAS NORBY, WILLIAM R. KELLER, JOSEPH A. MADRI, and LARRY L. MATHIS, <br><br> Defendants, <br><br> and <br><br> ALEXION PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | C.A. No. 17-01344-JEJ <br><br> The Hon. John E. Jones III <br><br> Complaint Filed on September 22, 2017 |

**ENTRY OF APPEARANCE**

Please take notice that Stephen P. Lamb of the firm Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters his appearance as counsel for defendants Leonard Bell, David L. Hallal, David R. Brennan, Ludwig N. Hantson, Vikas Sinha, David J. Anderson, Carsten Thiel, Alvin S. Parven, Andreas Rummelt, Ann M. Veneman, M. Michele Burns, Christopher J. Coughlin, John T. Mollen, Felix J. Baker, R. Douglas Norby, William R. Keller, and Joseph A. Madri.

| | |
|---|---|
| OF COUNSEL:<br><br>Daniel J. Kramer<br>Audra J. Soloway<br>Maxwell A. Kosman<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>dkramer@paulweiss.com<br>asoloway@paulweiss.com<br>mkosman@paulweiss.com<br><br><br><br>Dated: November 22, 2017 | PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br><br>By:  /s/ Stephen P. Lamb<br>     Stephen P. Lamb (#2053)<br>     Matthew D. Stachel (#5419)<br>     500 Delaware Avenue, Suite 200<br>     Post Office Box 32<br>     Wilmington, DE 19899-0032<br>     (302) 655-4410<br>     slamb@paulweiss.com<br>     mstachel@paulweiss.com<br><br>*Attorneys for Defendants Leonard Bell, David L. Hallal, David R. Brennan, Ludwig N. Hantson, Vikas Sinha, David J. Anderson, Carsten Thiel, Alvin S. Parven, Andreas Rummelt, Ann M. Veneman, M. Michele Burns, Christopher J. Coughlin, John T. Mollen, Felix J. Baker, R. Douglas Norby, William R. Keller, and Joseph A. Madri and Nominal Defendant Alexion Pharmaceuticals, Inc.* |