# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ALEX MIKULSKI, derivatively on behalf of ALEXION PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEONARD BELL, DAVID L. HALLAL, DAVID R. BRENNAN, LUDWIG N. HANTSON, VIKAS SINHA, DAVID J. ANDERSON, CARSTEN THIEL, ALVIN S. PARVEN, ANDREAS RUMMELT, ANN M. VENEMAN, M. MICHELE BURNS, CHRISTOPHER J. COUGHLIN, JOHN T. MOLLEN, FELIX J. BAKER, R. DOUGLAS NORBY, WILLIAM R. KELLER, JOSEPH A. MADRI, and LARRY L. MATHIS, <br><br> Defendants, <br><br> and <br><br> ALEXION PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | C.A. No. 17-1344-JEJ |

## **NOTICE**

Plaintiff hereby gives notice to the Court, all parties, and their Counsel of record that he elects not to file an amended complaint pursuant to the Joint Stipulation and Order entered by the Court on November 27, 2017 (D.I. 17) ("Order"), and shall proceed on the initial complaint filed on September 22, 2017 (D.I. 1) ("Complaint"). The motion to dismiss, for which the Order sets a briefing schedule, shall thus apply to the Complaint. Counsel for Defendants conferred with counsel for Plaintiff, and they agree that the parties shall follow the briefing schedule set forth in the Order.

Dated: January 11, 2018

Of Counsel:

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy W. Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Attorneys for Plaintiff*