# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALEX MIKULSKI, derivatively on behalf of ALEXION PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LEONARD BELL, DAVID L. HALLAL, DAVID R. BRENNAN, LUDWIG N. HANTSON, VIKAS SINHA, DAVID J. ANDERSON, CARSTEN THIEL, ALVIN S. PARVEN, ANDREAS RUMMELT, ANN M. VENEMAN, M. MICHELE BURNS, CHRISTOPHER J. COUGHLIN, JOHN T. MOLLEN, FELIX J. BAKER, R. DOUGLAS NORBY, WILLIAM R. KELLER, JOSEPH A. MADRI, and LARRY L. MATHIS, <br><br> Defendants, <br><br> and <br><br> ALEXION PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | C.A. No. 17-cv-1344-JEJ |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Alex Mikulski hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint or filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

Dated: February 6, 2018

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
      mfarnan@farnanlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy W. Brown (*pro hac vice*)
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff*